Exhibit 1

Exhibit 1

Brief Preliminary Expert Witness Report
Filed by Dr. Daniel Craig McCool
in
*Sanchez et. al.  v. Nevada*
August 2016

OUTLINE OF THE REPORT

I. Introduction

    1. Qualifications

    2. Research Question/Foundation for Analysis

    3. Qualitative Methodology

II.  Factors Affecting the Ability of American Indians to Vote At Pyramid Lake and

Walker River Indian Reservations

    1. On-reservation, In-person Registration

    2. On-reservation, In-person Early Voting

    3. On-reservation, In-person Election-day Voting in Nixon NV

III. Contextual Factors

    1. Discrimination

        a. Historical Discrimination

    2. Lack of Responsiveness of State Officials

        a. Difficulty and Cost of Obtaining an ID for Absentee Voting

    3. The Effects of Discrimination

        a. Poverty and Education

        b. Health Care

    4. Extent to Which American Indians are Elected, Appointed, or Hired

    5. Unusual Voting Practices that Depart from Normal Procedures

    6. Tenuousness of the Underlying Policy


III. Conclusion


# I. INTRODUCTION

## 1. Qualifications

I am a professor of Political Science at the University of Utah. I received a B.A. in Sociology from Purdue University, and a Ph.D. in Political Science from the University of Arizona. I have a doctoral minor in Latin American History. For over thirty years I have conducted research regarding the political relationship between American Indians and Anglos.[1] One of my first publications, while still in graduate school in 1982, was on Indian voting patterns. Many of my publications focus on Indian voting, land, water, and environmental issues. All of my research has a strong historical context. From 1998 to 2007 I was the director of the American West Center, where I administered several grants and contracts dealing with Indian land, water, and sovereignty issues. In 2007 I co-authored *Native Vote: American Indians, The Voting Rights Act, and the Right to Vote* (Cambridge University Press). My most recent edited book is *The Most Fundamental Right: Contrasting Perspectives on the Voting Rights Act* (Indiana University Press, 2012).

---

[1] Throughout this report I will use the term, "Anglo" to refer to people who are not American Indian. Even though that term is not entirely accurate—it includes people who are not of European descent, it is preferable to referencing people in the negative as "Non-Natives" or "Non-Indians." "Anglo" is also a fairly standard term in the academic literature. I use the terms "American Indian" and "Native American" interchangeably.

I have served as an expert witness in seven Voting Rights Act cases:

>*U. S. V. South Dakota,* 615 NW 2d 590 Dist. Ct, South Dakota (2000)

>*U.S. v. Blaine County.* 157 F. Supp. 2d 1145 Dist. Ct, D. Montana (2001)

>*Bone Shirt v. Hazeltine*, 336 F.Supp.2d 976 Dist. Ct, D. South Dakota (2004)

>*Cottier v. City of Martin.* No. CIV. 2002-5021 Dist. Ct, D. South Dakota (2005)

>*Koyukak v. Treadwell.* Case No. 3:13-cv-00137-JWS Dist. Ct, D. Alaska (2014)

>*Navajo Nation v. San Juan County, UT* Dist. Ct, Utah Case No. 2:12-cv-00039-RJS-DPB  (2016)

> *Brakebill v. Jaeger*, Dist. Court. North Dakota Civ. 1: 16-CV-08 (2016)

I was deposed, and testified in court, in all of these cases but three.  In *U. S. v. South Dakota* the case was mooted by a state Supreme Court decision before it went to trial. The Navajo Nation case and the North Dakota case were decided in summary judgment. All of these cases were Section 2 cases except *Koyukak*, which was a Section 203 case, and in all of these cases the plaintiffs were American Indians or Alaska Natives.

My vita is attached.  I have been hired by the attorney for the plaintiffs and compensated for my work.


## 2. Research Question/Foundation for Analysis

The fundamental research question addressed in this brief preliminary report is: Given the limitations on registration, early voting, and election-day voting on the Pyramid Lake and Walker River Indian Reservations, do American Indians in Nevada have an equal opportunity to vote and participate in the political process?  In answering such a research question, the first task of a social scientist is to establish a set of criteria

or factors that guide the inquiry and allow for the systematic evaluation of a large body of data.  My analysis relies on a combination of factors that have been identified in statutory law, case law, and the Constitution that are relevant to questions regarding vote denial or abridgment, equal opportunities to vote and participate in the political process, and equal opportunities to elect candidates of choice.  Thus, the factors upon which I focus in this report are grounded in three sources: the *Gingles* case, the 1982 Senate factors, and the *Arlington Heights* factors.  Each of these is briefly described.

First, the three factors enunciated by the U. S. Supreme Court in *Thornburg v Gingles* (1986*),* commonly referred to as the " Gingles factors or prongs:"

1. A minority group is sufficiently compact geographically that a district in which the group constitutes a majority can be drawn.

2. The minority group has a history of political cohesiveness and bloc voting.

3. The white majority has a history of voting as a group to usually defeat the minority group's preferred candidate.

Second, the "Senate Factors" identified as important indices of racially troubled jurisdictions in the Senate report that accompanied the 1982 amendments to the Voting Rights Act (Senate Report 1982: 28-29):

1. A history of official voting-related discrimination in the state or political subdivision.

2. The extent to which voting in the elections of the state or political subdivision is racially polarized.

3. The extent to which the state of political subdivision has used voting practices or procedures that tend to enhance the opportunity for discrimination against the minority

group, such as unusually large election districts, majority-vote requirements, and prohibitions against bullet voting.

4. The exclusion of members of the minority group from candidate slating processes.

5. The extent to which minority group members bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process.

6. The use of overt or subtle racial appeals in political campaigns.

7. The extent to which members of the minority group have been elected to public office in the jurisdiction.

8. The responsiveness of state and local officials to the needs of minorities.

9. The tenuousness of the policy underlying voting laws, standards, and practices.

I consider these factors because they are "for courts to use when assessing whether a particular practice or procedure results in prohibited discrimination in violation of Section 2 [of the Voting Rights Act]" Katz 2005: 3. Also see: *Pope v. Albany* 2015). They represent various "tools," practices, and socio-economic and historic conditions that are indicative of problematic relationships between minority and majority populations, based on the preponderance of the evidence *(*Senate Report 1982: 29).

And third, the factors identified in the *Arlington Heights* case that are indicative of intentional discrimination (*Village of Arlington Heights v. Metropolitan Housing Development Corporation* (1977):

 1. The impact of the redistricting plan.

2. The historical background of the redistricting plan, particularly if it reveals a series of decisions undertaken with discriminatory intent.

3. The sequence of events leading up to the enactment of the redistricting plan.

4. Whether the redistricting plan departs, either procedurally or substantively, from the normal practice.

5. Contemporaneous statements and viewpoints held by members of the adopting body or others who may play a significant role in the process.

The *Arlington Heights* factors are useful because the court in that case "identified investigative areas where racial purpose evidence might be found" (Flores 2015: 41).

There is considerable overlap in some of these factors, and not all of them are relevant to this case, so I have combined some of them in my analysis, and excluded those that are irrelevant. My report relies exclusively on a methodology known as "qualitative methods," outlined below.  I must stress that this is a preliminary analysis prepared and written in a very short period of time.  Thus, at times it raises questions that could be answered extensively in a full-length expert witness report.  However, I have attempted to briefly summarize the most important factors that shed light on the research question.

### 3. Qualitative Methods

I utilize a well-recognized methodology known as *Qualitative Methods* (Denzin and Lincoln, 2000, 2011). I employ this methodology by using data and information gleaned from multiple and overlapping sources: in-person interviews, newspapers (including editorials and letters to the editor), past court cases, interest group publications, oral histories, secondary published sources such as books and articles, online sources (chat rooms, websites, blogs), business advertising and business policies,

campaign flyers and publicity, church records, and documents and studies created by tribal, local, state, and federal governments, including voting data and census data.  In some cases it is also useful to examine photographs, videos, and other visual "data." I examine these multiple sources for significant long-term trends across multiple sources of information and data.  Confidence levels increase when consistent patterns of responses appear across multiple sources over a sustained period of time. Reliability is achieved by utilizing a very large number of documents that represent many different types of sources, and finding consistent patterns across these diverse sources.

Qualitative Methods is well recognized in the social sciences. The Consortium on Qualitative Research Methods was established in 2001 (Consortium on Qualitative Research Methods, n.d.).  The American Political Science Association organized a section on Qualitative Methods in 2003 (American Political Science Association, n.d.). By 2003 almost half of all peer-reviewed articles in political science journals utilized Qualitative Methods (Bennett, Barth, and Rutherford 2003).  Syracuse University, with funding from the National Science Foundation, established a "Qualitative Data Repository" to assist researchers who utilize this method (Qualitative Data Repository, n.d.)

Qualitative Methods is well-suited for expert analysis in voting rights cases because it is adept at analyzing  phenomena that are complex, long-term, multi-dimensional, and subject to rapid change.  Lamont and White note that Qualitative Methods is "particularly useful for studying timely topics such as group identities and boundaries [and] race, class, gender…" (2009: 5).   It is also particularly useful to study phenomena that occur over long periods of time, due to the large number of variables and

factors that change over time (see: Bartolini 2013).  There are many methodology textbooks that focus on Qualitative Methods; most are written by political scientists but others are by authors in fields such as public health, anthropology, sociology, and increasingly the humanities.

I rely on a standard approach to Qualitative Methods that utilizes large amounts of data to reach robust and reliable conclusions.  For this brief preliminary report I have read documents from multiple sources, all of which are listed in the "Sources" at the end of the report.

## II.  Factors Affecting the Ability of American Indians to Vote At Pyramid Lake and Walker River Indian Reservations

A considerable body of research in political science has clearly established that the distance a voter has to travel to the polls, and the problems and "impedances" encountered in attempting that travel, directly affect turnout; the longer the distance and the greater the impedance, the lower the voting rate (Gimpel and Schuknecht 2003; Haspel and Knotts 2005; McNulty and Dowling and Ariotti 2009). Thus, distance is the enemy of political participation, especially for low-income people who may not have a dependable car, cannot afford gas money, and may be unfamiliar with urban street navigation.  In Nixon, 5.7 percent of the people have no vehicle; in Schurz, 9.4 percent do not have a vehicle (American Community Survey 2010-14: DP03).

### 1. On-reservation, In-person Registration

Registering to vote is easy if one happens to live close to a DMV office or the county seat.  But for those who live a considerable distance from state and county offices, registration is a time-consuming, expensive activity.  It will also require people who work regular hours to take time off work to do the long drive.  Nixon, on the Pyramid Lake Reservation, is 48 miles from the Washoe County courthouse, thus the trip to register to vote requires about two hours travel time—during business hours. From Shurz on the Walker River Reservation, to Hawthorne (the Mineral County seat), it is 34 miles.  For Native people living in the northwestern part of Walker River Reservation in the area of Red Spirit Road, the trip to Hawthorne is 41.4 miles and requires 45 minutes each way. A registration agent placed on the reservation would allow Indian people the same convenience enjoyed by people who live in proximity to county courthouses and other government offices.

### 2. On-reservation, In-person Early Voting

The Nevada Secretary of State extols the virtues of early voting.  According to the Secretary's website, early voting offers these advantages:

> Makes voting more accessible to more citizens

> Increases voter participation rates

> Creates a more informed and thoughtful electorate

(Nevada Secretary of State, Early Voting Information).

Early voting is obviously important to people living in Washoe and Mineral Counties.  In 2012, in the former, 111,189 people voted early; in the latter, 972 voted early (Nevada Secretary of State General Election Results n.d.). Most people, when

voting early, do so in-person rather than by absentee or mail-in ballot (Stein and Vonnahme 2012). Thus, when early voting is close and convenient, people take advantage of it. And for most of the people in these two counties, early voting is convenient and near-by—but not for Indian people.

Washoe County plans to have 22 early voting locations for the 2016 general election; 14 in Reno, 6 in Sparks, one in Sun Valley and one in Incline Village. Thus, the county is expending a considerable sum of money to make early voting available to people who already live fairly close to the county courthouse and early voting locations. However, I did not find any evidence that the county has ever provided early voting sites to the poorest people in the county who live in a remote part of the county—the Pyramid Lake Paiutes.

In Mineral County, the only early voting site is in Hawthorne; none are on the Walker River Reservation. Again, the people with the most income tend to live very close to the early voting location, and those with the least means of traveling to a distant polling place have the furthest to travel if they want to vote.

### 3. On-reservation, In-person Election-day Voting in Nixon NV

For most voters, there is a sense of pride and satisfaction in exercising the right to vote. Except for a very small number of people, this is done in-person at a neighborhood polling place. One alternative is voting by mail, but this option, it turns out, is fraught with problems (Stewart 2010; Yasinac 2012). It is also most often used by people with a high degree of political sophistication and significant financial resources (Gimpel, Dyck, and Shaw 2006). There is also evidence that the use of satellite voting sites increases

turnout, especially when they are staff by well-qualified, trained election workers (Stein and Vonnahme 2011, 2008). Thus, if the goal is full democratic participation in the electoral process, placing an election-day poll in Nixon would most likely increase participation and result in all the advantages identified by the Secretary of State.

## III. Contextual Factors

### 1. Discrimination

### a. Historical Discrimination

All of Nevada was, at one time, Indian Country, home to Paiutes, Shoshones, and Washoes. Today, they exist on small remnants of their original homelands, and comprise 1.6 percent of Nevada's population (U. S. Census, Quick Facts). Historian Russell Elliott summarized what happened to them:

> Although present when Euro-Americans arrived in Nevada, the Indians of Nevada have often found themselves strangers in their own land…. The Indians of Nevada lost a way of life that evolved through centuries of adaptation to the hostile desert environment. The broader outline of this story repeated the pattern set by Euro-Americans from colonial times, and the solutions applied by the federal government were no more successful in Nevada than they were elsewhere (Elliott 1987: 395).

The Indians of Nevada fought to retain their homelands through a succession of violent clashes with the "often unruly influx of Euro-American Anglo settlers" (Online Nevada). Historian Richard Dillon described the attitude of whites toward Indian people: "Nevada's pioneering whites did not discriminate between tribes, and certainly not between differing bands of Paiutes. They were all lumped as Diggers by miners and ranchers, denigrated when not despised as subhuman gleaners of roots and insects" (Dillon 1985: xviii).

One of the most notable conflicts was the 1860 war between Pyramid Lake Paiutes and whites; the response of the Anglo settlers was described by one historian as "mob rule at work" (Miller 1957: 37). The Paiutes eventually managed to retain their lands around Pyramid Lake, but Anglos upstream began diverting the water, lowering the lake level, and came close to destroying the lake's fishery—the lifeblood of the Paiutes. It has required a nearly constant battle on the part of the Pyramid Lake Paiutes to keep their namesake lake from going dry due to diversions by upstream Anglos (Knack and Stewart 1999; Berry 1997; McCool 2002: 153-158). This is not a pretty history.

Obviously a thorough examination of the history of these people and their relationship to the larger Anglo society cannot be performed for this brief report, but even a cursory examination of history makes it clear that the Indian people of Nevada have suffered greatly at the hands of their Anglo neighbors.

## 2. Lack of Responsiveness of State Officials

### a. Difficulty and Cost of Obtaining an ID for Absentee Voting

The state's website indicates that a tribal identification card is one of the acceptable forms of ID when voting. However, in the list of acceptable forms of ID for a first-time voter who wants to vote by absentee ballot, the tribal ID is not included (Nevada Secretary of State FAQs n.d.). This makes it more difficult for Indian people to obtain an absentee ballot.

## 3. The Effects of Discrimination

### a. Poverty and Education

It is a long-established fact in political science that income level and educational attainment have a direct impact on voter turnout and political participation; the higher the income and level of education, the greater the level of participation in politics (Williams 2004; Lien 2000; Verba, Schlozman, and Brady 1995; Wolfinger and Rosenstone 1980). There are stark contrasts between the economic well-being of Indian people in Nixon and Schurz, and other communities in Nevada.

In Nixon (96.4 percent Native American), nearly half the residents are not in the work force; compare that to Incline Village (86.9 percent white), where the same statistic is 5 percent. The median household income in Nixon is $26,607; in Incline it $70,638. The mean household income in Incline Village is $104,236—nearly three times that of the Pyramid Lake Census County Division; in the former, 0.8 percent of the people earn less than $10,000 a year but in the latter the figure is 13.8 percent. Over half of the owner-occupied dwellings in Nixon are worth less than $100,000; in Incline the same figure is 2.4 percent. The median value of a home in Incline is $678,500; compare that to the Pyramid Lake CCD where the median value is $81,000. (American Community Survey 2010-14: DP03). It should not be a surprise, given these dismal statistics, that the poverty rate in Nixon is 24.9 percent (usacityfacts: Nixon).

The economic disparities in Mineral County are also significant. In Hawthorne (83.57 percent white), the unemployment rate is 6.7 percent; in Schurz (83.4 percent Indian) it is 24.9 percent. The percentage of people in Hawthorne who make less than $10,000 is 4.1 percent; the same figure for Schurz is 26.3 percent. At the other end of the income scale, over half of the people in Hawthorne have incomes between $50,000 and $99,000; the same figure for Schurz is 27 percent (American Community Survey 2010-

14: DP03; Censusviewer.com). The poverty rate among the residents of Schurz, in 2010, was 36.7 percent (usacityfacts: Schurz).

One of the reasons why poverty significantly affects the ability to cast a ballot is that, in addition to problems associated with long distances described above, many of the procedures outlined in the state's election processes that would help avoid problems of long distances require considerable resources. For example, if a voter wants to register, or needs to update his/her information, the state advises them to go online to access the necessary documents. If the voter wants a list of pertinent election dates and a copy of state election laws, they are also told to go online. All of these require a computer and reliable internet service—two things that are often missing in poor, rural homes on reservations. For some of these services, the voter can call and make a request, but that of course requires a phone and phone service, but telephone service on reservations can be spotty or nonexistent. For example, according to ACS data, 3.8 percent of the people in Schurz do not have telephone service; in Hawthorne, everyone has phone service (American Community Survey).

We can also compare Indian communities with the state as a whole and with the nation, using data from the 2010 census. In terms of the unemployment rate—the rate at which employable people looking for work are employed, the unemployment rate among American Indians in Nixon was 26.1 percent. For Schurz it was 35.4 percent. The average for the state was 9 percent, and for the nation, 7.9 percent (usacityfacts: Nixon and Schurz). The median income of American Indians in Nixon, was $23,281; in Schurz it was $18,125. That compared to a state-wide rate among whites of $32,013 and a national rate among whites of $31,133 (usacityfacts: Nixon and Schurz).

There are also disparities in educational attainment. According to the 2010 census, the high school graduation rate for the state as a whole was 84.9 percent (U. S. Census Quick Facts). For the residents of Nixon, it was only 72.1 percent.  A more recent study done by the Nevada Department of Education found that the high school graduation rate for American Indians in the state was a very low 58.67 percent.  The comparable state-wide figure for whites was 77.19 percent (Nevada Department of Education 2015).

### b. Health Care

Physical and mental health are important prerequisites to political participation. But there is evidence that Indian people living in Washoe and Mineral Counties do not have adequate access to health care.  In Schurz, 42.6 percent of the residents who are civilians have no health insurance; the comparable figure for Hawthorne is 17.6 percent. Schurz residents who are not employed are particularly vulnerable; 66.3 percent of them have no health insurance.  In Nixon, where nearly half the people are unemployed, nearly half of those people do not have health insurance (American Community Survey DP03).

Thus, for many Indian people living in Nixon and Schurz, the only available health care is the Indian Health Service (IHS), but it's services are extremely limited. There is an IHS clinic in Reno, 48 miles away, but it is out-patient only.  In Schurz there is an IHS "service unit" that appears to be a double-wide trailer with very limited services.

### 4. Extent to Which American Indians are Elected, Appointed, or Hired

A complete analysis of the rate at which American Indians are either elected, appointed, or employed in local and state government cannot be completed for this brief report.  However, a perusal of office-holders indicates that no one on the county commission of either Washoe County or Mineral County is American Indian.  The Pyramid Lake Reservation is represented on the Washoe County Commission by an Anglo rancher/realtor.  The website for Mineral County is incomplete, but it appears that all three commissioners are Anglo.

### 5. Unusual Voting Practices that Depart from Normal Procedures

One of the important factors identified in the *Arlington Heights* case was whether government officials followed normal procedures in establishing a public policy that potentially affected a group of minority voters. I assume that, when the Secretary of State of Nevada, or one of the state's political subdivisions, receives a request for a satellite voting location, there is a standardized protocol for evaluating that request.  I do not know if that protocol was followed when requests were made by the chairman of the Pyramid Lake Reservation and the chairman of the Walker River Reservation.  If not, it opens the possibility that a different set of rules applies when Indians ask for electoral services.  This matter should be investigated further.

### 6. Tenuousness of the Underlying Policy

The final factor identified in the "Senate factors," alluded to above, was whether the policy enacted is "tenuous."  The word "tenuous" is defined as "lacking a sound basis, as reasoning; unsubstantiated; weak… of slight importance or significance"

(dictionary.com). This raises the question as to whether the state of Nevada has a solid, defensible reason for not assisting the election process on behalf of voters in Nixon and Schurz. This report outlined some very good reasons to establish on-reservation registration, early voting, and election-day voting on these reservations; does the state have a compelling reason to not extend those services to these reservations? This question deserves an in-depth analysis.

### III. Conclusion

American Indian people have been living in what is now the state of Nevada for at least 10,000 years. Their traditional way of life was "all but destroyed" by Anglo entry and settlement (Nevada Culture n.d.). Despite this long history of loss, abuse, and neglect, the Native people of Nevada have survived, and today possess all the same rights and privileges as any other citizen, including an equal opportunity to elect candidates of their choice. The information presented in this brief preliminary report indicates that that goal has possibly not been fulfilled. A comprehensive, firm and robust conclusion would require a full-blown report, but this preliminary analysis points to significant and disturbing inequalities between Indians and Anglos and their access to the ballot box.

In politics, it takes resources to participate. Rosenstone and Hansen summarize this succinctly: "Participation in politics... has a price, a price that is some combination of money, time, skill, knowledge, and self-confidence" (1993: 12-13). The election process in Nevada clearly demonstrates these costs; the election system tends to favor those who live near polling places and county seats. It also helps to have a computer with internet access, a credit card, a car, and the ability to take time off work. Also helpful is a

familiarity with the system of government and its bureaucracy.  In sum, the election system in Nevada works best for people who live in urban areas, have a good income, are computer-literate and have a printer and/or FAX, have a good car and gas money, have a flexible schedule, and understand how to navigate the state's administrative procedures. For those who lack these resources, it places a significant burden on their ability to vote, and in some cases denies them the right to vote.  To a significant extent, American Indians living in Nixon and Schurz lack the requisite resources, and thus do not have an equal opportunity to participate in elections and elect candidates of their choice.

SOURCES

American Community Survey 2010-14. "Selected Economic: 5-Year Estimates." Table DP03. U. S. Census Bureau.

American Political Science Association, n.d. Section on Qualitative Methods. http://www.apsanet.org/content_57139.cfm

Bartolini, Stefano (2013). "The Temporal Dynamics of the Franchise Expansion: Timing, Tempo, and Reversals." *Qualitative & Multi-Method Research* 11 (Fall, No. 2): 3-7.

Bennett, Andrew, Aaron Barth, and Kenneth Rutherford. 2003. "Do We Preach What We Practice? A Survey of Methods in Journals and Graduate Curricula." *PS: Political Science and Politics*, 36 (3), 372-376.

Berry, Kate. 1997. "Of Blood and Water." *Journal of the Southwest* 39 (Spring): 79-111.

Censusviewer.com.  Census 2010 and 2000 Interactive Map.  "Hawthorne, NV: Demographics, Statistics, and Quick Facts" http://censusviewer.com/city/ NV/Hawthorne

Consortium on Qualitative Research Methods, n.d. http://www.maxwell.syr.edu/moynihan/programs/cqrm/

Denzin, Norman, and Yvonna Lincoln. 2000, 2011. *The SAGE Handbook of Qualitative Research*, 1st ed., 4th ed. SAGE Publications.

Dillon, Richard. 1985. "Forward" to: Ferol Egan, *Sand in a Whirlwind*, 2nd. Ed. University of Nevada Press.

Elliott, Russell. 1987. *History of Nevada*, 2nd. Ed.  University of Nebraska Press.

Flores, Henry. 2015. *Latinos and the Voting Rights Act*. Lexington Books.

Gimpel, James, Joshua Dyck, and Daron Shaw. 2006. "Location, Knowledge and Time Pressures in the Spatial Structure of Convenience Voting." *Electoral Studies* 35: 35-58.

Gimpel, James, and Jason Schuknecht. 2003. "Political Participation and the Accessibility of the Ballot Box." *Political Geography* 22: 471-476.

Haspel, Moshe, and H. Knotts. 2005. "Location, Location, Location: Precinct Placement and the Costs of Voting." *Journal of Politics* 67 (2): 560-573.

Katz, Ellen. 2005. "Documenting Discrimination in Voting: Judicial Findings Under Section 2 of the Voting Rights Act Since 1982."  Final Report of the Voting Rights Initiative, University of Michigan Law School.

Knack, Martha, and Omer Stewart. 1999. *As Long as the Rivers Shall Run: An Ethnohistory of Pyramid Lake Indian Reservation*, 2nd Ed.  University of Nevada Press.

Lamont, Michèle, and Patricia White. 2009. Workshop on Interdisciplinary Standards for Systematic Qualitative Research. Washington, DC: National Science Foundation, Cultural Anthropology, Law and Social Science, Political Science, and Sociology Programs.  www.nsf.gov/sbe/ses/soc/ISSQR_workshop_rpt.pdf.

Lien, Pei-te. 2000. "Who Votes in Multiracial America? An Analysis of Voting Registration and Turnout by Race and Ethnicity, 1990-1996."  In *Black Politics in Multiracial America*, edited by Yvette Alex-Assensoh and Lawrence Hanks.  New York: New York University Press.

McCool, Daniel. 1982. "Voting Patterns of American Indians in Arizona," *The Social Science Journal* 19 (July): 101-13.

_____. 2002. *Native Waters: Contemporary Indian Water Settlements and the Second Treaty Era*.  University of Arizona Press.

_____. [Editor]. *The Most Fundamental Right: Contrasting Perspectives on the Voting Rights Act*. 2012. Indiana University Press.

McCool, Daniel, Susan Olson, and Jennifer Robinson. 2007. *Native Vote: American Indians, The Voting Rights Act, and the Right to Vote* (Cambridge University Press)

McNulty, John, Conor Dowling, and Margaret Ariotti. 2009. "Driving Saints to Sin: How Increasing the Difficulty Of Voting Dissuades Even the Most Motivated Voters." *Political Analysis* 17: 435-455.

Miller, William. 1957. "Pyramid Lake Indian War of 1860." *Nevada Historical Quarterly* (Spring): 37-51.

Nevada Culture. n.d. "Native Americans In Nevada." http://nevadaculture.org/index01dc.html?option=com_content&task=view&id=1103&Ite

Nevada Department of Education. 2015. http://www.doe.nv.gov/News__Media/Press_Releases/2015/NDE_Releases_CohortGrad _Rate_2014/

Nevada Secretary of State FAQs. n.d. "Election Frequently Asked Questions (FAQs). https://nvsos.gov/index.aspx?page=255#104

Nevada Secretary of State General Election Results. n.d. "2012 General Election Early Voting Results." http://nvsos.gov/index.aspx?page=1472

Online Nevada, a publication of Nevada Humanities.n.d. http://www.onlinenevada.org/articles/pyramid-lake-war

*Pope v. Albany*. 2015. 1:11-cv-0736 (LEK/CFH). Memorandum Decision and Order (Dist. Ct. N. Dist. NY) 24 Mar.

Qualitative Data Repository, n.d. https://qdr.syr.edu

Senate Report.1982. No. 97-417, accompanying the Voting Rights Act Amendments of 1982.

Stein, Robert, and Greg Vonnahme. 2008. ""Engaging the Unengaged Voter: Vote Centers and Voter Turnout." *Journal of Politics* 70 (2): 487-497.

_____. 2011. "Voting at Non-Precinct Places: A Review and Research Agenda." *Election Law Journal* 10 (3): 307-311.

_____. 2012. "When, Where and How We Vote: Does it Matter?" *Social Science Quarterly* 93(3): 692-712.

Stewart, Charles. 2010. "Losing Votes by Mail." *Journal of Legislation and Public Policy* 13: 573-602.

*Thornburg v Gingles*.1986. 478 U. S. 30.

usacityfacts: Nixon, NV. http://www.usacityfacts.com/nv/washoe/nixon

U. S. Census, "Quick Facts: Nevada."
http://www.census.gov/quickfacts/table/PST045215/32

Verba, Sidny, Kay Schlozman, and Henry Brady.1995. *Voice and Equality*.  Harvard
University Press.

*Village of Arlington Heights v. Metropolitan Housing Development Corporation*. 1977.
429 U. S. 252.

Williams, Linda. 2004. "The Issue of Our Time: Economic Inequality and Political
Power in America." *Perspectives on Politics* 2 (3): 683-689.

Wolfinger, Raymond, and Steven Rosenstone.1980. *Who Votes?*  Yale University Press.

Yasinac, Alec. 2012. "Did Your Mailed Ballot Count: The Unrecognized Unreliability of
Voting by Mail." *Systemics, Cybernetics and Informatics* 10 (5): 55-60.

Vᴵᵀᴬ

**Daniel Craig McCool**

Political Science Department
University of Utah
260 S. Central Campus Drive, Rm 252
Salt Lake City, UT   84112
(801) 585-6455
email:  dan.mccool@poli-sci.utah.edu

May 2016

# Eᴅᴜᴄᴀᴛɪᴏɴ

Ph.D.  (1983)  University of Arizona (Political Science)
Dissertation:  "Indian and Non-Indian Water Development."

Independent Doctoral Minor:  Latin American Studies, awarded by the Latin American Area Center, University of Arizona.

M.A.  (1978)  University of Arizona (Political Science)
M.A. Thesis:  "The Budgeting Problems of the National Park Service."

B.A.  (1973)  Purdue University (Sociology).

Major Fields of Research:  voting rights, water resources, public lands, American Indian policy

Language Training:  Spanish

# Wᴏʀᴋ Exᴘᴇʀɪᴇɴᴄᴇ

| | |
|---|---|
| 1996-present | Professor of Political Science, University of Utah |
| 2003-2015 | Director, Environmental and Sustainability Studies Program |
| 2011-2014 | Co-Director, University of Utah Sustainability Curriculum Development |
| 1998-2007 | Director, American West Center |
| 1989-1996 | Associate Professor of Political Science, University of Utah |
| 1990-1993 | Associate Dean, College of Social and Behavioral Science |
| 1987-1990 | Director of Public Administration Education, Center for Public Policy and Administration, University of Utah |
| 1987-1989 | Assistant Professor of Political Science, University of Utah |
| 1983-1987: | Assistant Professor, Texas A&M University |
| 1982-1983: | Visiting Lecturer, Texas A&M University |
| Spring, 1981: | Lecturer for the American Indian Education Program, University of Arizona |

| 1978-1982: | Research and Teaching Associate, Political Science Department, University of Arizona |
| June 1978-Oct., 1978: | Volunteer English Instructor for Project Ayuda in Cunen, Guatemala (7th, 8th, and 9th grade Mayan Indian students). |
| 1976-1978: | Research Assistant, Political Science Department, University of Arizona. |
| 1973-1974: | Research Assistant, Southwest Indian Youth Center, Tucson, Arizona. |

## PUBLICATIONS

*Books*:

**River Republic: The Fall and Rise of America's Rivers.** Columbia University Press, 2012 (paperback 2014). This book tells the story of America's rivers and the movement to bring them back to health and vigor. I develop the theme of a "river republic" by focusing on citizens who become politically active to save a local river. Runner-up, Science Category, Green Book Festival.

**The Most Fundamental Right: Contrasting Perspectives on the Voting Rights Act.** Edited. Indiana University Press, 2012. The book is a "debate in print" over the future of the Voting Rights Act. The chapter authors are the leading voices in that debate.

**Native Vote: American Indians, the Voting Rights Act, and the Right to Vote**, with Susan Olson and Jennifer Robinson. Cambridge University Press, 2007. This book provides a history and analysis of Indian voting rights, with emphasis on cases brought under the Voting Rights Act. Three case studies are used to illustrate the legal issues in such cases. The final chapter describes contemporary efforts by American Indians to participate in the political system.

**Native Waters:  Contemporary Indian Water Settlements and the Second Treaty Era.** University of Arizona Press, 2002. This book analyzes the first fourteen negotiated settlements that attempted to resolve conflicts over Indian water rights. I argue that these water settlements constitute a second treaty era, analogous to the first treaty era of the Nineteenth Century.

**Contested Landscape: The Politics of Wilderness in Utah and the West** (with Doug Goodman). University of Utah Press, 1999. This edited book consists of chapters written by graduate and undergraduate students from the University of Utah. My contributions include the Preface, co-authorship of the final chapter ("The Community Context Approach"), and an introduction to each of the four sections of the book.

**Staking Out the Terrain:  Power Differentials Among Natural Resource Management Agencies**, second edition, with Jeanne Nienaber Clarke. SUNY Press, 1996. This book formulates a model of agency power focusing on the ability of agencies to expand resources and jurisdiction. A detailed analysis of seven federal agencies provides support for the model. They are:  the Army Corps of Engineers, the Forest Service, the Bureau of Reclamation, the National Park Service, the Fish and Wildlife Service, the Natural Resource Conservation Service, and the Bureau of Land Management.

**Public Policy Theory, Concepts, and Models:  An Anthology.**  Englewood Cliffs, NJ: Prentice Hall, 1995. This semi-edited book provides a comprehensive overview of the most influential theories, concepts, and approaches in policy studies. It is an anthology of previously published work arranged into conceptual categories. My contributions include: Section One: "The Theoretical Foundation of Policy Studies;" Section 6: "Conflict and Choice in Policy Theory;" and an "Introduction" and "Discussion" to accompany Sections Two through Five.

**The Waters of Zion:  The Law, Policy, and Politics of Water in Utah**. University of Utah Press, 1995. This edited book consists of chapters written by graduate and undergraduate students from the University of Utah. My contributions include: Chapter One: "Politics, Water And Utah;" Chapter Nine: "The CUP Completion Act of 1992;" and an "Introduction" to each of the four sections of the book.

**Command of the Waters:  Iron Triangles, Federal Water Development, and Indian Water** . University of California Press, 1987, re-issued in paperback with a new chapter, 1994, by the University of Arizona Press.  This book is concerned with differential rates of water development on Indian and non-Indian lands.  Chapter one identifies factors that affect the political viability of iron triangles.  The book then examines a traditionally weak iron triangle -- the water development program of the Bureau of Indian Affairs, and a traditionally powerful iron triangle- - the federal water development program.

*Journal Articles*:

"Social Science Expert Witness Testimony in Voting Rights Cases," with Richard Engstrom, Jorge Chapa, and Gerald Webster.  *National Political Science Review* 17, No. 1 (2015).

"Institutionalizing Interdisciplinary Sustainability Curriculum at a Large, Research-intensive University: Challenges and Opportunities," with M. Ward, A. Cachelin, B. Bowen, and S. Burian.  *Journal of Environmental Studies and Sciences* (Aug. 2015).

"Creating a "Water BRAC" Commission to Evaluate Existing Water Projects." *Water Resources Impact* (Vol. 17, No. 5, 2015).

"Campus Sustainability in the U. S.: A Comparison of a Research and a Teaching University" with Janet Winniford. *International Journal of Environmental, Cultural, Economic, and Social Sustainability* (Vol. 6, No. 4, 2010).

"Rivers of the Homeland: River Restoration on Indian Reservations." *Cornell Journal of Law and Public Policy* 16 (Summer 2007 No. 3): 539-561.

"The River Commons: A New Era in U. S. Water Policy." *University of Texas Law Review.* 83 (June 2005): 1903-1927.

"Two Cultures, One County: Devolution and Indian Sovereignty," with F. Ted. Hebert and Doug Goodman *American Indian Culture and Research Journal* 29 (No. 2, 2005): 15-34.

"Grand Staircase-Escalante National Monument: Lessons for a Public Lands Peace Process in Utah." *Journal of Land, Resources, and Environmental Law* 21 (No. 2b, 2001): 613-618.

"Field Essay: The Subsystem Family of Concepts: A Critique and A Proposal," *Political Research Quarterly* 51 (Number 2, 1998): 551-570.

"Indian Water Settlements: Negotiating Tribal Claims to Water." *Water Resources Update* (Spring, 1997): 28-32.

"Implementing Public Action: Populist Bureaucracy and Program Politicians," *International Journal of Public Administration* 20 (4&5, 1997): 935-937.

"Indian Water Settlements:  The Prerequisites of Successful Negotiation," *Policy Studies Journal* 21 (#2, 1993): 227-247.

"Intergovernmental Conflict and Indian Water Rights:  An Assessment of Negotiated Settlements," *Publius* 23 (Winter, 1993): 85-101.

"Water Welfare, Green Pork, and the 'New' Politics of Water," *Halcyon* 14 (1992): 85-102.

"Subgovernments:  Determinants of Political Viability," *Political Science Quarterly* 105 (Summer, 1990): 269-93.

"Marketing of Water from Indian Lands," *Forum for Applied Research and Public Policy* 5 (Spring, 1990):  73-78.

"Subgovernments and the Impact of Policy Fragmentation and Accommodation," *Policy Studies Review* 8 (Winter, 1989):  264-87 .

"Precedent for the Winters Doctrine," *Journal of the Southwest* 29 (Summer, 1987):  164-78.

3

"Voting Patterns of American Indians in Arizona," *The Social Science Journal* 19 (July, 1982):  101-13.

"Federal Indian Policy and the Sacred Mountain of the Papago Indians," *Journal of Ethnic Studies* 9 (Fall, 1981):  58-69.

"Indian Water Rights, The Central Arizona Project and Water Policy in the Lower Colorado River Basin," *Journal of Energy Law and Policy*  2 (1981):  107-22.

"Indian Water Rights:  The Bureaucratic Response," *Hydrology and Water Resources in Arizona and the Southwest* 2 (May, 1981).

**Book Chapters:**

"The Politics of Dam Removal and River Restoration."  In *Environmental Politics and Policy in the West*, rev. ed. Edited by Zachary Smith and John Freemuth.  University Press of Colorado, 2016.

"A New Water Ethic." In *Desert Water: The Future of Utah's Water Resources*, ed. by Hal Crimmel.  University of Utah Press, 2014.

"Voting Rights and Electoral Representation in the United States."  *The Oxford Handbook of Indigenous Peoples' Politics*, Oxford University Press, 2014.

"Meaningful Votes."  Chapter One of *The Most Fundamental Right: Contrasting Perspectives of the Voting Rights Act*, 2012, Indiana University Press.

"Accomplishing the Impossible: Implementing River Restoration Projects."  In *Greening History: The Presence of the Past in Environmental Restoration*, edited by Marcus Hall.  Routledge Press, 2010.

"As Dams Fall, A Chance for Redemption."  *Water in the 21st Century West*, edited by Char Miller. Oregon State University Press, 2009: 65-70.

"The Development of the Geographic Information System at Tohono O'odham Nation, Arizona," with Phoebe B. McNeally and Barry Biediger. *In The U. S.-Mexican Border Environments: Tribal Environmental Issues of the Border Region*, edited by Michael Wilken-Robertson.  SCERP Monograph No. 9. 2004.

"Evolving Political Institutions: A New Water Policy and Its Impact on the Border Region.." In *The U. S. Mexican Border Environment*, edited by Suzanne Michel.  San Diego State University Press, 2003: 363-394

*Atlas of U. S. and Canadian Environmental History*. Chap. 4: "*Winters v. U. S.* and the Development of the Doctrine of Reserved Water Rights." Chap. 6: "Contemporary Indian Land and Resource Rights in the U. S." Chap. 7: "River Restoration: The New Era in Federal Water Policy." New York:  Moschovitis Publishing Group, 2002.

"Negotiated  Water Settlements: Environmentalists and American Indians," with Laura Kirwan.  In *Trusteeship in Change: Toward Tribal Autonomy in Resource Management*, edited by Richmond Clow and Imre Sutton. University Press of Colorado ( 2001): 265-280.

"Native Americans, Who Were Forced to Give Up Most of their Land, Should Exercise Jurisdictional Sovereignty over Their Reservations."  In  *History in Dispute: Water and the Environment  Since 1945*, edited by Char Miller. Manly, Inc. (2001): 171-173.

"The CUP: A Project in Search of a Purpose,"  "Welcome, Floaters, to River City," and "The Northern Utes Long Water Ordeal." In *Water in the West*, edited by Char Miller.  Oregon State University Press  (2001).

"Contemporary Treaties: Indian Water Settlements."  In *Fluid Arguments: Water in the American West*, edited by Char Miller. University of Arizona Press ( 2001): 120-138.

"Negotiating Water Settlements:  Ten Common Themes," in *Indian Water in the New West*, edited by Thomas McGuire, William Lord, and Mary Wallace. University of Arizona Press (1993): 88-102.

"The Watering of the Reservation:  Native Americans and their Water," in *Environmental Politics and Policy in the West*, edited by Zachary Smith.  Kendall-Hunt Publishers (1993): 219-236.

"Water and the Future of Non-Indian Federal Lands in the Southwest," in *Water and the Future of the Southwest*, edited by Zachary Smith. University of New Mexico Press (1989): 113-32.

"Indian Voting," in *American Indian Policy in the Twentieth Century*, edited by Vine Deloria, Jr. University of Oklahoma Press (1985): 105-134.

"The Relevance of Management Information Systems to Policy Choices:  Lessons for the Bureau of Land Management" with Helen Ingram, in *Developing Strategies for Rangeland Management*, edited by the National Research Council and the National Academy of Science, Westview Press, Boulder, Colorado  (1984): 1785-1809.

## ENCYCLOPEDIA ARTICLES

"American Indians, 1975-Present." *Encyclopedia of US Political History*, CQ Press, 2011.

"Dam Removal and River Restoration."  *Encyclopedia of Water Politics and Policy in the United States. CQ Press, 2011.*

"Applied Behavioral Science." *The International Encyclopedia of Public Policy and Administration.*, edited by Jay Shafritz. Westview Press (1997).

## MEDIA PUBLICATIONS

"The Solution to Utah's Water Problems." Op-Ed,  *Deseret News* (Jan. 5, 2016).
http://www.deseretnews.com/article/865646997/The-solution-to-Utahs-water-problems.html

"Utah Rules of the Road." *Salt Lake City Weekly* (Oct. 28, 2015).
http://www.cityweekly.net/utah/utah-rules-of-the-road/Content?oid=3047281

"3 Myths Power Effort to Give Federal Lands to Utah." Op-Ed, *Salt Lake Tribune* (July 3, 2014)
http://www.sltrib.com/csp/cms/sites/sltrib/pages/printerfriendly.csp?id=58143192

"What Gettysburg Means to America Today." Op-Ed, *Salt Lake Tribune* (July 12, 2013).

"The Big Shakeout and a New Water Ethic. *RMS Journal* 26, No. 3 (Fall, 2013): 18-19.
http://www.river-management.org/assets/Journals-Newsletters/2013fall.pdf

"A Coalition to Stop Water Grab." Op-Ed*, Salt Lake Tribune* (April 2, 2013).

"Saving for the Future: Making a Commitment Now to Preserve Great Salt Lake." *Friends of Great Salt Lake Newsletter* (Fall, 2011, # 4): 7.

"Warning: Water Policy Faces an Age of Limits." *High Country News* (April 22, 2010), Reprinted in the *Salt Lake Tribune*, the *Summit Daily News, the Aspen Times, and the Cortez Journal*.

"Fall Creek." *American Rivers* (Fall, 2009): 13.

"If I Were President...." *The Canyon Country Zephyr* vol. 20, no. 4  (Oct/Nov 2008): 18.

"Native Vote in 2008." ACLU Blog of Rights, Voting Rights Symposium, October 17, 2008.

"Perfect Moments." *The Canyon Country Zephyr*  vol. 19, no. 5 (Dec/Jan): 14.

"A Walking Tour of Washington's Civil War Statuary." *Civil War Historian*  3 (March/April 2007): 20-25.

"As Dams Fall, a Chance for Redemption." *High Country News* (June 21, 2004): 12.

"Funding the Water System with Property Taxes Is Unfair." *Salt Lake Tribune*, editorial (Sept. 2, 2001): AA2.

"Indian Reservations:  Environmental Refuge or Homeland?" *High Country News* (10 April 2000): 10.

"Learning Vision." *Continuum*  (Winter, 1998-99): 54.

"Want Less Government and Lower Taxes? Stop the Spanish Fork-Nephi Irrigation Project*." The Salt Lake Observer*  (July 17-30, 1998): 6.

"Wasteful Irrigation Subsidies Are All Wet." *Salt Lake Tribune*, editorial (February 15, 1998): AA8.

"A River Between Two Cultures." *Catalyst*  (August, 1997): 14-15.  (Awarded second place, "Excellence in Journalism Award," by the Utah Society of Professional Journalists, 1998).

"Salt Lake's Water Needs are Real, but Let's Think Before Paying More." *Salt Lake Tribune*, editorial (August 3, 1997): AA6.

"Indian Water Settlements: Negotiating Tribal Claims to Water." *Red Ink* (Spring, 1996): 10-14.

"Utah and the Ute Tribe are at War." *High Country News* (June 27, 1994): 12. Reprinted in the *Ute Bulletin* (July 26, 1994): 5, and again (September 5, 1995): 4.

"Return to Bittersweet Memories:  A Family Vacation to WWII." *The Purdue Alumnus,* (Summer, 1993): 24-29.

"Welcome Floaters, to River City." *High Country News*  (Dec. 30, 1991): 15.

"The Northern Utes' Long Water Ordeal." *High Country News*  (July 15, 1991):  8-9.  Reprinted in the *Ute Bulletin* (Aug. 13, 1991):  6.

"The New Politics of the Environment and the Rise of 'Green Pork'," *Free Perspectives* IV(Dec., 1990): 5-7.

"Indians Defend Tribes from Attack," *High Country News* (May 21, 1990):  14.  Reprinted in the *Ute Bulletin* (June 27, 1990):  4.

"New Coalition Lobbies for Indians," *High Country News* (Feb. 26, 1990):  3.

"Pilgrimage to the Sacred Mountain," *Ascent:  The Mountain Experience in Word and Image,* Sierra Club Books, 1989.

"Let Taxpayers Devise Budget," *Salt Lake Tribune*, Common Carrier column (Mar. 26, 1989):  A18.

"Who's to Blame for $3.12 Trillion Debt Limit?  Look in Mirror," *Salt Lake Tribune*, editorial (Dec. 16, 1989): A14.  Also published in *The Park Record* as "The Debt-Makers:  Who Are Those Guys?" (Dec. 28, 1989):  A20.

"To Save a Sacred Mountain," *The Canyon Echo*  (April, 1982): 4.

"Climbing Tongue-in-Cheek," *Summit* (April-May, 1980).

"Baboquivari Endures as Center of World," with Richard Harding, *The Indian Trader*  (Aug., 1979): 3, 16.

"Orizaba: The Other Side of the Mountain," *Summit*  (June-July, 1979).

**EXPERT WITNESS IN VOTING RIGHTS ACT CASES**

*U. S. V. South Dakota,* 615 NW 2d 590 Dist. Court, South Dakota (2000) [mooted].  Sec. 2 case

*U.S. v. Blaine County*, 157 F. Supp. 2d 1145 - Dist. Court, D. Montana (2001). Sec. 2 case

*Bone Shirt v. Hazeltine*, 336 F.Supp.2d 976 Dist. Court, D. South Dakota (2004). Sec. 2 case

*Cottier v. City of Martin*, No. CIV. 2002-5021 Dist. Court, D. South Dakota, (2005). Sec. 2 case

*Koyukak v. Treadwell*, Case No. 3:13-cv-00137-JWS Dist. Court, D. Alaska (2014). Sec. 203 case

*Navajo Nation v. San Juan County, UT.*  Case. No. 2:12-cv-00039-DS (2016). Sec. 2 case

*Brakebill v. Jaeger,*  Civ. 1: 16-CV-08 Dist. Court, North Dakota (current).  Sec. 2 case

**BOOK REVIEWS**

*The Blue, The Gray, and the Green,* edited by Brian Allen Drake.  *Journal of American History,* 2015.

*Integrating Climate, Energy, and Air Pollution Policies,* by Gary Bryner with Robert Duffy.   *Perspectives in Politics, 2013.*

*The New Politics of Indian Gaming.  American Review of Politics.* 2012.

*Stealing the Gila,* by David DeJong. *Pacific Historical Review, Vol. 80, No. 1,  2010.*

*Dividing Western Waters*, by Jack August. *Western Historical Quarterly*, 2009.

*The Silver Fox of the Rockies: Delphus E. Carpenter and the Western Water Compacts,* by Daniel Tyler. *The Jouranl of American History.* June 2004.

*Fuel for Growth: Water and Arizona's Urban Environment,* by Douglas Kupel.  *The Journal of American History.* June 2004.

*Indian Reserved Water Rights: The Winters Doctrine in Its Social and Legal Context,* by John Shurts. *Pacific Historical Review*  (Nov. 2001).

*The Struggle for Water: Politics, Rationality, and Identity in the American Southwest,* by Wendy Nelson Espeland. In *The American Political Science Review,* (Fall, 1999).

*A Sense of the American West: An Anthology of Environmental History.* Edited by James E. Sherow.  In *Utah Historical Quarterly*, (1999).

*The Weber River Basin: Grass Roots Democracy and Water Development,* by Richard Sadler and Richard Roberts. In *The Journal of American History* , (Sept., 1995).

*The Last Water Hole in the West*, by Daniel Tyler.  In *Western Historical Quarterly*, ( Aug., 1993).

*Senate Elections and Campaign Intensity,* by Mark Westlye.  In *Political Studies,* (1993).

*Water Resources Management,* by David Feldman.  In *Policy Currents*  (Aug., 1992).

*American Indian Water Rights and the Limits of Law,* by Lloyd Burton.  In *Pacific Historical  Quarterly*  (May, 1992).

*The Logic of Congressional Action,* by R. Douglas Arnold.  In *Political Studies*  (1992).

*Breaking the Iron Bonds,* by Marjane Ambler.  In *Natural Resources and Environmental Administration*  (June, 1991):  6-7.

*Environmental Politics and Policy:  Theories and Evidence*, edited by James P. Lester.  In *Journal of Politics* (Aug., 1991): 889.

*A Budget Quartet:  Critical Policy and Management Issues*, by Donald Axelrod.  In *Western Governmental Researcher*  (1990).

*Envisioning a Sustainable Society*, by Lester Milbrath.  In *Rivers*, (1991).

*Native American Estate:  The Struggle Over Indian and Hawaiian Lands*, by Linda S. Parker.  In *The National Political Science Review*  (1992).

*A Life of Its Own: The Politics  and Power  of Water ,* by Robert Gottlieb.  In *American Political Science Review* (Dec., 1989): 1382-83.

*As Long as the Rivers Run: Hydroelectric Development and Native  Communities in Western  Canada,*  by James B. Waldrum.  In *Western Historical Quarterly*  (Feb., 1989):  87-88.

*Controversies in Environmental Policy,*  edited by Sheldon Kamieniecki, Robert O'Brien, and Michael Clarke.  In *The American Review of Public Administration* (June, 1988).

*Water in New Mexico,*  by Ira G. Clark.  In *New Mexico Historical Review* (1989).

## INVITED TALKS

Speaker, Utah History Symposium, Salt Lake City, UT, May 12, 2016.

Speaker, Great Salt Lake Issues Forum, Salt Lake City, UT, May 11, 2016.

Speaker, Interagency Regional Wilderness Stewardship Training, St. George, UT, April 26, 2016.

Speaker, Spring Runoff Conference, Utah State University, Logan, UT, April 5, 2016.

Speaker, State of the Rockies Annual Speaker Series, Colorado College, Colorado Springs, CO, Mar. 28, 2016.

Speaker, Intermountain Sustainability Summit, Weber State University, Nov. 24, 2016.

Keynote speaker, Salt Lake County Water Symposium, Nov. 18-19, 2015

Speaker, Native Symposium, Weber State University, Ogden UT. Nov. 4, 2015.

Plenary Speaker, National Congress of American Indians, National Conference, San Diego, CA. Oct. 2015.

Keynote Speaker, Native American Rights Fund, Indian Voting Rights Symposium.  Washington, D.C. May 27-28, 2015.

Debate on Public Lands. Speaker of the House Rebecca Lockhart and Representative Ken Ivory vs. Robert Keiter and Daniel McCool. Southern Utah University, Sept. 18, 2014.
https://www.youtube.com/watch?v=1m631pbW6iU&feature=youtu.be

Debate on "Who Should Manage Utah's Public Lands?"  Speaker of the House Rebecca Lockhart and Representative Ken Ivory vs. Pat Shea and Daniel McCool. Salt Lake City, May 14, 2014.
https://www.youtube.com/watch?v=GEoEgBkotvA

Speaker, National Commission on Voting Rights, Las Vegas, NV, April 26, 2014.

Speaker, River Rendezvous, Moab, UT Nov. 9, 2013.

Speaker, Upper Colorado River Conference, Colorado Mesa University, Nov. 7, 2013.

Guest Speaker, Texas Tech University, Lubbock, TX, April 17, 2013.

Keynote Speaker, River Management Society annual conference, Grand Junction, CO, Mar. 12, 2013.

Guest Speaker, the Wild and Scenic Film Festival, Nevada City, CA. Jan. 11-13, 2013.

Guest Lecturer, Carleton College, April 19-20, 2011.

Speaker, League of Women Voters, Panel on the proposed Las Vegas Pipeline, Salt Lake City, UT, Sept. 15, 2010

Speaker, Utah State History Conference, panel on Oral History, Salt Lake City, UT, Sept. 10, 2010.

Speaker, Redistricting Institute, Duke University, July 28, 2010.

Census and Redistricting Institute, Participating Scholar, Atlanta, GA, July 20, 2009

Spring Runoff Conference, Keynote Speaker, Utah State University, April 3, 2009.

Law and Justice Center, Salt Lake City, UT, Feb. 5, 2009.

Special Collections Omnibus Lecture, Brigham Young University, Provo, UT, Nov. 5, 2008

Salt Lake Countywide Watershed Symposium, Salt Lake City, Oct. 29, 2008.

The *Winters* Centennial, Tamaya Resort, Santa Ana Pueblo, NM June 11, 2008.

Panel on Indian voting rights, National Indian Gaming Association, annual conference, San Diego, CA, April 22, 2008.

Panel on "Voting Rights in Indian Country," at the Indigenous Law and Policy Center, Michigan State University College of Law, Jan. 31, 2008.

Conference, "Overview of the Reauthorization and Amendment of the Federal Voting Rights Act."  University of California, Los Angeles, Jan. 25-26, 2008.

Symposium on the future of the Colorado River, College of Law, University of Utah, Oct. 25, 2007

Water Resources Seminar, Oregon State University, Corvallis, OR, Oct. 10, 2007.

American Comenius, University of Groningen, the Netherlands, U. S. program, Oct. 2, 2007.

 "Native Water Law & Public Policy:  Critical Issues in the Great Lakes and St. Lawrence Watersheds." Keynote Speaker, Cornell University, School of Law, Ithaca, NY, Nov. 17-18, 2006.

American Comenius, University of Groningen, the Netherlands, U. S. program, 2006.

Harvard University Law School symposium, "Preserving and Promoting the Native American Vote: A New Look at the Voting Rights Act Renewal Process." Cambridge, MA, April 5, 2006.

American Comenius, University of Groningen, the Netherlands, U. S program, 2005.

Testimony before the National Committee for the Voting Rights Act, Rapid City, SD, September 9, 2005.

River Management Society, annual conference, Keynote speaker, Salt Lake City, UT May 10, 2005.

Colorado Plateau River Guides, annual conference. Cataract Canyon, May 2-5, 2005.

Invited speaker, National Congress of American Indians, national convention , panel on Native Voting Rights, Tulsa, OK, November 2005.

Invited speaker, Biannual Symposium on the Colorado River, sponsored by the Water Education Foundation. Bishop's Lodge, Santa Fe, NM. Sept. 29, 2005.

Symposium: "Changing Directions in Water Law." University of Texas School of Law. Feb. 4-5, 2005.

Mni-Sose Intertribal Water Coalition, board of directors meeting, Rapid City, SD. September 2004

"Water in Utah," sponsored by the Utah Science Center, Public Dialogue Series, September 2004 (aired on KCPW radio, September 20, 2004).

BLM Recreation/Wilderness/Cultural/VRM Workshop, Moab, Utah. September 2004.

Utah State Historical Society, annual meeting, panel on Lake Powell. September 2004.

Mni-Sose Intertribal Water Coalition, Annual conference, Denver, CO. January 2004.

The Utah Environmental Symposium, Salt Lake City, UT, Nov. 2003.

Utah State University, Natural Resources and Environmental Policy Program, November 28, 2001.

U. S. Department of the Interior, Office of Indian Water Rights, annual negotiation teams meeting, Seattle, WA, November, 2000.

Conference on "Rivers, Dams and the Future of the West." Sponsored by the Utah Wetlands and Riparian Center, Salt Lake City, UT, November, 1999.

Symposium on "Where the Rivers Flow," sponsored by the Wallace Stegner Center, Salt Lake City, Utah, April, 1999.

Symposium on Tribal Survival, sponsored by Dine' College, Flagstaff, Arizona, April, 1999.

Symposium on "Changing Water Regimes in Drylands," sponsored by the Desert Research Institute. June 10-12, 1997, Lake Tahoe, CA.

Indian Water Rights Symposium sponsored by the All-Indian Pueblo Council, Indian Pueblo Cultural Center, Albuquerque, NM, April, 1994.

Symposium on the Future of the Colorado River Plateau, University of Utah School of Law, Sept., 1993.

"Arizona Water 2000," sponsored by the Commission on the Arizona Environment, Sedona, Arizona, Sept. 1992.

Invited Speaker, conference titled "A River Too Far:  Water in the Arid West."  Sponsored by the Nevada Humanities Committee, Reno, Nevada, 1991.

Symposium on "Water in the 20th Century," Phoenix, Arizona, 1990.

Bureau of Land Management, "Image Enhancement Seminar," Park City, Utah, 1989.

Workshop on Indian Land and Water Rights sponsored by the American Indian Lawyer Training Program, Albuquerque, N. M., 1987.

## CONFERENCE PAPERS

"The Voting Rights Act and the Potential for "Bail-in" After *Shelby County v. Holder*." The Midwest Political Science Association, Chicago, IL, April 2016.

 "Pockets of Discrimination: The Voting Rights Act and the Role of 'Bail-in' After *Shelby County v. Holder*."  The International Social Sciences Conference, Split, Croatia, June 2015.

"Creating a 'Water BRAC" Commission to Evaluate Existing Water Projects."  American Water Resources Association, Vienna, VA, November, 2014.

"River Policy in Crisis: the Klamath River." American Political Science Association, Washington, D. C. August, 2014.

"Social Science Expert Witness Testimony in Voting Rights Act Cases."  With Richard Engstrom,  Jorge Chapa, and Gerald Webster.  Eighth International Conference on Interdisciplinary Social Science, Charles University, Prague, The Czech Republic, August, 2013.

"Campus Sustainability in the U. S.: A Comparison of a Research and a Teaching University," with Janet Winniford.  2010 Conference on Environmental, Cultural, Economic and Social Sustainability University of Cuenca, Cuenca, Ecuador January 5-7.

"Rivers of the Homeland: River Restoration on Indian Reservations."  International Congress of Americanists, Sevilla, Spain, July, 2006.

"From Insanity to Enlightenment: Changing Perceptions of River Restoration and River Restorationists." Transatlantic Workshop on "Restoring or Renaturing."  Zurich, Switzerland, July, 2006.

"The Community Context Approach: Cross-Boundary Management and the Protection of Parks and Wild Lands." International Symposium on Society and Resource Management, Sardinia, Italy, 2002.

"The Wilderness Debate in Utah: Using Community Values and Education to Resolve Conflict." International Symposium on Society and Resource Management. Indiana University, 2002.

"Evolving Political Institutions: A New Water Policy and its Impact on the Border Region" Southwest Center for Environmental Research and Policy, Bi-National Water Program. Rio Rico, AZ, 2002.

"Indian Water Rights in the Settlement Era."  American Political Science Association, Washington, D. C. 2000.

"Land Use, Borders, and Environmental Policy: Tribal Autonomy and Ecosystem Management." International Conference on "Nature, Society and History," Vienna, Austria, 1999.

"Two Cultures, Two Communities, One County: Devolution and Retrenchment in Indian Country."  With F. Ted Hebert and Doug Goodman.  American Political Science Association, 1998.

"Subsystem Theory and the Hierarchy of Conflict."  Western Political Science Association, 1997.

"Environmentalists, Tribes, and Negotiated Water Settlements," with Laura Kirwan.  American Political Science Association, 1995

"Successes and Failures of Policy Theory."  Western Political Science Association, 1992.

"Indian Water Rights:  The End of the Negotiation Era?" Western Political Science Association, 1991.

"Indian Water Rights: Negotiation; Agreement; Legislative Settlement."  American Water Resources Association, 1989.

"Using Measures of Budgetary Success to Evaluate Subgovernment Theory:  The Case of Federal Water Resource Development."  Western Political Science Association, 1988.

"Policy Theory, Policy Typologies, and Decision-making." Midwestern Political Science Association, 1987.

"Federal Water Development:  Changing Theoretical Assumptions." Western Political Science Association, 1987.

"Subgovernments, Political Viability, and Budgetary Constraints."  Western Political Science Association,  1986.

"Subgovernments, Autonomy, and Stability:  The Case of Federal Water Resource Development." Western Social Science Association, 1986.

"Western Water Policy and Federalism:  Two Conflicting Doctrines." Southwestern Social Science Association, 1984.

"Contemporary Federal Water Policy:  The Battle Over Water Project Expenditures During the Carter and Reagan Administrations." Western Social Science Association, 1983.

"Indian and Non-Indian Water Development:  Competition for Water and Water Projects."  Western Social Science Association, 1983.

"The Theoretical Origins of the *Winters*  Doctrine."  Southwestern Social Science Association, 1982.

"For Richer or for Poorer:  A Comparative Approach to the Study of Bureaucracy," with Jeanne Nienaber.  Western Political Science Association, 1981.

"Indian Water Rights:  The Bureaucratic Response."  Arizona Section of the American Water Resources Association, 1981.

"Indian Water Rights, The Central Arizona Project, and Water Policy in the Lower Colorado River Basin."  Western Social Science Association, 1980.

"Federal Indian Policy and the Sacred Mountain of the Papago Indians."  Southwestern Social Science Association, 1980.

OTHER CONFERENCE ROLES

Discussant, panel on "The Most Fundamental Right: Voting Now and Then, Here and There."  The Midwest Political Science Association, Chicago, IL, April 2016.

Moderator, panel on "Flood Management."  American Water Resources Association, Vienna, VA, November 2014.

Delegate, NASPA Exchange Program with Deutsches Studentenwerk (Germany), February 2014, focusing on campus sustainability.

Presenter, American Water Resources Association, annual meeting, panel on dam removal and river restoration, Seattle, WA, November 2005.

Discussant, panel on "Native Americans in the Twenty First Century."  Western Social Science Association. April 2005.

Chair, panel on "Revisions in Policy Subsystem Theory." Western Political Science Association, 1997.

Invited Participant, Moscow State University Symposium on Training Public Administrators, Moscow, Russia, March 1993.

Chair, panel on "Public Policy Theory:  Past, Present, Future."  Western Political Science Association, 1992.

Invited Discussant, conference on "Innovation in Western Water Law and Management," University of Colorado School of Law, 1991.

Delegate, Citizen Ambassador Program, Environmental Technology Delegation to the Soviet Union, 1990.

Organizer and Moderator, panel on "Hosting the Olympics," National Association of Schools of Public Affairs and Administration, 1990.

Invited Discussant, Symposium on "Indian Water Rights," University of Colorado School of Law, 1990.

Invited Discussant, Arizona Historical Society, symposium on Water, Tucson, Arizona, 1989.

Chair, panel on "Executive MPA Programs," National Association of Schools of Public Affairs and Administration, 1989.

Discussant, Sixth Annual Women in Public Administration Conference, Salt Lake City, Utah, 1989.

Chair, panel on "Models of Policy Analysis."  Western Political Science Association, 1989.

Discussant, panel on "Natural Resource Management in the Post-Reagan Era."  American Society for Public Administration, 1989.

Convener and discussant, panel on "Administrative Practice and Organization Theory."  Public Administration Theory Symposium, American Society for Public Administration, 1989.

Participant, Minnowbrook II Conference on the Future of Public Administration, Syracuse University, Sept., 1988.

Discussant, panel on "Limited Perspectives:  Traditional Methods and Models and the Study of Native American Political Participation."  American Political Science Association, 1988.

Chair, panel on "Alternative Models of Environmental Policy Formulation and Implementation."  Western Political Science Association, 1988.

Chair, panel on "Policy Models and Theories."  American Political Science Association, 1986.

Chair, panel on "Environmental Policy," Western Political Science Association, 1986.

Chair, panel on "Subsystems and Natural Resource Policy."  Western Social Science Association, 1986.

Discussant, panel on "Environmental Politics and Policy:  A Synthesis and Critique."  Western Political Science Association, 1985.

Discussant, panel on "The Political Context of Environmental Policy."  Western Political Science Association, 1984.

Chair, panel on "Indian Water Rights and Water Development."  Western Political Science Association, 1982.

PUBLIC COMMUNICATIONS

Quoted interview, *Mother Jones*, Mar. 25, 2016 (topic:  Indian voting rights)

NPR, All Things Considered, recorded interview, Jan. 18, 2016 (topic: Marketing Indian water)
http://www.npr.org/2016/01/18/463503934/arizona-tribes-wade-into-the-water-business

Market Place, Oregon Public Broadcasting, quoted interview, Jan. 4, 2016 (topic: public lands)
http://www.marketplace.org/2016/01/04/world/how-feds-came-own-west

KRCL, Radioactive Show, on-air interview, Sept. 20, 2015 (topic: Navajo water)
http://www.krcl.org/tag/dan-mccool/

CBS Sunday Morning, on-camera interview Aug. 15, 2015 (topic:  Navajo water)
http://www.cbsnews.com/news/the-water-lady-a-savior-among-the-navajo/

BYU Radio, on-air interview. May 15, 2015 (topic: river restoration and water management)
http://www.byuradio.org/episode/b98b846e-feea-4401-a14f-c288370763f4/top-of-mind-with-julie-rose-the-river-republic-straight-talk-parenting

KSRW Radio, Santa Monica, CA. on-air guest, April 3, 2015 (topic:  western water)
http://kcrw.com/news-culture/shows/to-the-point/a-parched-west-struggles-to-adapt-to-the-realities-of-drought

Trib Talk, on-air interview. Mar. 10, 2015 (topic: Utah water policy).
*http://www.sltrib.com/blogs/tribtalk/2270151-155/trib-talk-is-bear-river-project*

Quoted interview, *Salt Lake Tribune*, March 9, 2015 (topic:  The Bear River Project).
http://www.sltrib.com/csp/mediapool/sites/sltrib/pages/printfriendly.csp?id=2230808

*Environment*, quoted interview, Dec. 11, 2014 (topic: Utah water)

KSUB, Cedar City, UT, Sept. 18, 2014 (topic: public lands)

KUER, Radio West, Salt Lake City, on-air guest, April 23, 2014 (topic: public lands grazing)
http://radiowest.kuer.org/post/cliven-bundys-range-war

On-film interview for movie, "Black Hawk."  Mar. 2014.
https://www.youtube.com/watch?v=liLXujigjPY

KUER, Radio West, Salt Lake City, on-air guest, Sept. 3, 2013 (topic: Colorado River)
http://radiowest.kuer.org/post/sharing-colorado

Quoted interview, *Anchorage Press*, July 18, 2013 (topic: The Voting Rights Act).

Blog post for Indiana University Press, June 28, 2013 (topic: The Voting Rights Act)
http://iupress.typepad.com/blog/2013/06/how-does-shelby-county-v-holder-impact-the-voting-rights-act.html

*Indian Country Today*, quoted interview, June 28, 2013 (topic: The Voting Rights Act)

Quoted interview, *DebtWire*, May 1, 2013 (topic: Las Vegas pipeline)

Quoted interview, *Huffington Post*, April 8, 2013 (topic: Las Vegas pipeline)
http://www.huffingtonpost.com/mobileweb/2013/04/08/utah-nevada-water-deal-colorado-river_n_3038477.html

KUER, Radio West, Salt Lake City, on-air guest, April 4, 2013 (topic: Las Vegas pipeline)
http://radiowest.kuer.org/post/protecting-snake-valley

*New York Times*, quoted interview, Mar. 26, 2013 (topic: the Pecos River and western drought).
http://www.nytimes.com/2013/03/27/us/new-mexico-farmers-push-to-be-made-a-priority-in-drought.html?pagewanted=all&_r=0

New Books in Political Science, blog, interview with Heath Brown. Feb. 26, 2012 (topic: *The Most Fundamental Right*).
http://newbooksinpoliticalscience.com/2013/02/27/daniel-mccool-the-most-fundamental-right-contrasting-perspectives-on-the-voting-rights-act-indiana-up-2012/

*Albuquerque Journal,* quoted interview, Feb. 10, 2013 (Topic: Navajo water settlement)

*River Management Society Journal*, book review of *River Republic*, Winter, 2012 (Topic: *River Republic*):
http://www.river-management.org/assets/Journals-Newsletters/2012%20winter.pdf

Suburban Wildlife Magazine Blog, interview, January 13, 2013. (topic: *River Republic*):
http://blog.suburbanwildlifemagazine.com/2013/01/13/daniel-mccool.aspx

KDVS Radio, Davis, CA, interview, Jan. 5, 2013 (topic: The Wild and Scenic Film Festival)

*Western Water,* quoted interview, Nov/Dec 2012 (topic: the Colorado River)

*Salt Lake Tribune,* Editorial, "Protect our Rivers." Dec. 22, 2012.

KSFR Radio, interview with Diego Mulligan on the "Journey Home" Show, Albuquerque, NM, Dec. 11, 2012 (topic: *River Republic*)

*KCPW* Radio, interview, Oct. 23, 2012 (topic: *The Most Fundamental Right*)
http://redthread.utah.edu/take-a-longer-view-of-election-day/7780

The King's English Bookstore, reading, Oct. 18, 2012 (topic: *River Republic*)

*Salt Lake Tribune*, featured column, Oct. 4, 2012 (topic*: River Republic*)
http://www.sltrib.com/sltrib/entertainment2/54996363-223/rivers-america-mccool-utah.html.csp

Interview, KUER Radio, Sept. 10, 2012 (topic: *River Republic*):
http://www.kuer.org/post/u-professor-optimistic-about-americas-rivers

Interview, The Park Visitor, Sept. 10, 2012 (topic: *River Republic):*
http://parkvisitor.com/blog/2012/09/10/daniel-craig-mccools-outdoor-adventure-and-conservation-tips/

 Page 99 Blog , September, 2012 (topic: *River Republic):*
http://page99test.blogspot.com/2012/09/daniel-mccools-river-republic.html

KCPW Radio, interview, Aug. 20, 2012 (topic: *River Republic*)

*Indian Country Today,* quoted interview, June 15, 2012 (topic: Indian voters)

*Salt Lake City Weekly,* quoted interview, May 9, 2012 (topic: Las Vegas Pipeline).

*The New York Times,* quoted interview, April 11, 2011 (topic: Indian water rights)

*KSL TV News,* interview, April 1, 2011 (topic: Colorado River)

*Associated Press,* quoted statement, Sept. 29, 2010 (topic: Navajo water settlement)

*Salt Lake Tribune,* quoted statement, Sept. 17, 2010 (topic: proposed Green River pipeline)

*Tooele Transcript Bulletin,* quoted statement, Sept. 16, 2010 (topic: proposed Las Vegas pipeline)

*USA Today*, quoted statement, Aug. 24, 2010 (topic:  Grand Canyon). This article was picked up by 75 newspapers.

*The Salt Lake Tribune*, quoted statement, Aug. 24, 2010 (topic: Grand Canyon)

KUER Radio, quoted statement, Aug. 23, 2010 (topic:  Grand Canyon)

KSL TV news, interview. April 21, 2010 (topic:  reservoirs in Utah)

Fox News Utah, news coverage, Feb. 14, 2010 (topic:  climate change*)*

*Indian Country Today*, quoted interview, Feb. 4, 2010 (topic: Indian voting rights)

*Indian Country Today*, quoted interview, Oct. 20, 2009 (topic: Indian voting rights)

*High Country News* blog, quoted interview. Oct. 15, 2009 (topic: Indian voting rights)

KUED "Utah Now" television program, August 21, 2009 (topic:  western water policy)

*Salt Lake Tribune*, quoted interview, Nov. 28, 2008 (topic: Navajo water rights)

*Indian Country Today*, quoted interview, Oct. 26, 2008 (topic: American Indian voting)

KCPW Radio, interview, Oct. 22, 2007 (topic: western water policy)

KUER Radio, interview, Oct. 2, 2007 (topic:  water policy in Utah)

*Calibre*, quoted interview, June 11, 2007 (topic:  Indian voting rights)

*Los Angeles Times,* quoted interview, April 22, 2007 (topic: federal public lands)

*The New Standard* (national on-line news publication), quoted interview, January 22, 2007 (topic: American Indian water rights)

*Salt Lake Tribune*, quoted interview, Oct. 30, 2006 (topic: global warming and water)

KUSU Radio interview, August 31, 2006. (topic: Utah water).

*Salt Lake Tribune*, quoted interview, August 8, 2006. (topic: Utah water).

KUER, Radio West program, live interview, March 7, 2006 (topic: Women war veterans).

KCPW Radio, live interview, March 7, 2006 (topic: Women war veterans).

*Salt Lake Tribune*, quoted interview, February 16, 2006 (topic: American Indian voting rights).

*Native American Times*, secondary quote, November 1, 2005 (topic: American Indian voting).

*Time Magazine,* quoted interview, July 18, 2005 (topic: dam removal)

*Salt Lake Tribune,* quoted interview, June 23, 2005 (topic: river restoration)

*Los Angeles Times*, quoted interview, April 26, 2005 (topic: National Park Service)

Associated Press, quoted interview, October 25, 2004 (Nov. 2 in *Tri-Valley Central*)  (topic: dam removal).

*Deseret Morning News,* quoted interview, Aug. 8, 2004 (topic: the law of the river)

*East Valley Times (Arizona Tribune),* secondary quote, June 4, 2004 (topic: the drought)

*Los Angeles Times*, quoted interview, May 22, 2004 (topic: American Indian voting rights)

Weather Notebook, Public Radio program, Boise, ID, interview, May 24, 2004 (topic: the impact of drought on western water policy)

Airtalk, KPCC Southern California Public Radio, interview, May 6, 2004 (topic: western water policy)

*New York Times,* quoted interview, May 2, 2004 (Topic: western water policy)

*Rapid City Journal,* quoted interview, April 12, 2004 (Topic: Indian voting rights)

*High Country News*, quoted interview, March 2004 (Topic: Indian water settlements)

Fox News, interview, Sept. 2, 2003 (Topic: Leavitt's appointment to EPA)

KUED Public Affairs Television presentation, "The Price of Water," April 22, 2003

AP Wire Service, interview, Aug. 29, 2003 (Topic: Leavitt's appointment to EPA)

KSL TV News, interview, Aug. 28, 2003  (Topic: water use in Salt Lake City)

*City Weekly*, interview, Feb. 13, 2003 (Topic: water policy)

High Country News Radio, interview, Aug. 19, 2002 (Topic: wilderness policy)

Associated Press, June 1, 2002, feature story  (Topic: irrigation subsidies)

KSL TV News, May 6, 2002, interview  (Topic: water use in Salt Lake City)

KUED Radio interview, April 17, 2002 (Topic: water policy in the Salt Lake Valley)

KUED Radio interview, Nov. 19, 2001 ("Radio West" special program on water policy in Utah)

KRCL Radio interview, Sept. 13, 2001 (topic: Utah water policy)

KCPW Radio interview, Aug. 23, 2001 (topic: Utah water policy)

KCPW Radio interview, August 27, 1999 (topic: BLM wilderness policy)

KUER Radio interview, August 20, 1999 (topic: Utah water policy)

KUED, Civic Dialogue, televised interview, June 20, 1997 (topic: Utah water policy)

ABC Evening News, televised interview, June 4, 1997 (topic: The CUP)

KUER Radio interview, May 23, 1997 (topic: Poverty on Indian reservations)

KRCL Radio interview, January 8, 1996 (topic: Utah water policy)

KCPW Radio interview, January 2, 1996 (topic: Utah water policy)

KRCL Radio interview, August 20, 1995 (topic: American Indian Resource Center)

KUER Radio interview, August 14, 1995 (topic: Northern Ute tribal government)

KTALK Radio interview, May 6, 1995 (topic: taxes)

KCPW Radio interview, July 6, 1994 (topic: the Northern Ute jurisdiction case).

KUER Radio interview, Feb. 16, 1994 (topic: the Northern Ute jurisdiction case).

Special Feature article in the *Utah Government Connection* titled: "The Moscow Kremlin: Closed for Cleaning." Oct., 1993.

*Deseret News*, quoted interview. April 18, 1993 (topic: Russia).

*The Public's Capital*, quoted interview, April, 1993 (topic: federal water policy).

*Las Vegas Review -Journal*, quoted interview, Oct. 31, 1992 (topic: Western Water Policy).

Testimony before the State and Local Affairs Interim Committee of the Utah State Legislature, Jan. 8, 1992 (topic: Utah Navajo Royalty Trust Fund).

*Los Angeles Times*, quoted interview, Aug. 27, 1990 (topic: Navajo voting rights).

*Congressional Quarterly Weekly Report*, quoted interview, Jan. 13, 1990 (topic: federal Indian policy).

*High Country News*, quoted interview, July 30, 1990 (topic: Navajo voting rights).

"The Central Utah Project: A Legacy of Promise and Controversy." *Public Policy Perspective* (newsletter of the Center for Public Policy and Administration, University of Utah), Spring, 1990.

"Recent Events in Treaty Rights." *Native American Policy Network Newsletter*, July, 1990.

KRCL Radio interview, June 5, 1990 (topic: The Central Utah Project).

KSL Radio interview, Sept. 5, 1989 (topic: Indian water rights).

KTKT Radio interview, Dec. 27, 1989 (topic: taxes).

KUED Television, "Civic Dialogue," Dec. 19, 1989 (topic: Indian water rights).


COURSES TAUGHT

    Graduate Level:
        Water Policy
        Public Policy: Analysis and Theory
        Environmental and Sustainability Policy
        Administrative Theory
        American Institutions Seminar: Subsystem Theory
        Survey of American Politics and Government
        The Politics of Western Water
        Special Topics: Wilderness Policy in Utah and the West
        The Politics of Public Lands Management

    Undergraduate Level:
        Water Policy
        Bureaucracy and Politics
        Environmental and Sustainability Policy
        Minority Group Politics
        Introduction to American Government
        Introduction to Public Administration

Senior Seminar:  Who Rules America?
Introduction to Environmental and Sustainability Studies
Public Land Management in Costa Rica
Environmental and Sustainability Studies Field Seminar
Environmental and Sustainability Studies Capstone

## GRANTS

Senior Consultant, USAID-funded Pakistan Centers for Advanced Studies in Water, 2014--present.

Faculty Consultant, "The Western Waters Digital Library: The Foundations of American Water Policy." National Endowment for the Humanities, 2007-2009.  Funding = 5% time

Tanner Humanities Center, University of Utah. Research Interest Group grant to create a "Nuclear Utah" educational forum, 2006-07. Funding = $1,200.

Applied Ethics and Human Values, University of Utah.  2005-06. Grant proposal: "Environmental Ethics and the Costa Rican Model of Ecotourism."  $6,200. With Professor Anya Plutynski.

National Endowment for the Humanities, program to create and preserve access to Humanities Collections, to digitize and archive 1,814 oral history interviews of American Indians, 2005-06. $127,518 matching grant.

Quality Initiative Grant, University of Utah.  To perform a complete program assessment of the Environmental Studies Program. 2003-2004.  Funding = $14,200.

Southwest Center for Environmental Research and Policy, Border Tribes Program.  Co-P.I.  This federally funded project developed a GIS Environmental Baseline for the Tohono O'odham Nation.  1999-2002. Funding = $140,000.

Quality Initiative Grant, University of Utah.  To create a new curriculum and program for the Red Rock Institute. 2001-2002. Funding = $17,000.

U.S. Geological Survey, Water Resources Research Act Grant Program.  Principle Investigator.  "Negotiating Indian Water Rights Settlements:  The Efficacy of Negotiation as a Dispute Resolution Strategy."  1992-1995. Funding = $189,394.

University of Utah Teaching Committee.  Awarded in 1996 to fund field trip for Wilderness Policy Class, $1,200.

College of Social and Behavioral Science, University of Utah. Proposal Initiative Grant.  $4,000.  Awarded summer, 1995.

University of Utah Research Committee.  Grant to facilitate research on Indian Water Settlements:  $4,409. Awarded 1992.

Rural Utah Grant Program, Center for Public Policy and Administration, University of Utah.  Project Title: "Ute and Navajo Water Rights:  The Impact on Rural Utah." $10,000.  Awarded 1992-1993.

National Institute for Dispute Resolution, Higher and Professional Education Program, research grant for comparing negotiation and litigation as dispute resolution forums for Indian water rights: $4,000.  Awarded 1990.

University Teaching Grant to develop new course on water policy. University of Utah. Awarded 1989.

The Dean's R&D Fund.  Project Title:  "Conflict over Western Water:  The Impact of 'Landmark' Decisions." College of Social and Behavioral Science, University of Utah. Awarded 1988.

Texas A&M University, Summer Research Grant, for project entitled "Water on the Hill:  Subcommittees, Subgovernments, and Federal Water Development":  $5,000.  Awarded 1986.

### AWARDS

Runner-up, Science Category, Green Book Festival, for *River Republic: The Fall and Rise of America's Rivers,* *2013.*

Finalist, College of Social and Behavioral Science, Superior Research Award, 2008, 2009

Finalist, College of Social and Behavioral Science Superior Teaching Award, 2011

Indigenous Day Dinner, Annual Awards, 2007, for "providing leadership for the American West Center on behalf of American Indians in the State of Utah."

University of Utah 2004 Diversity Award, presented to the American West Center.

Second place, "Excellence in Journalism Award," by the Utah Society of Professional Journalists, 1998 for "A River Between Two Cultures." *Catalyst*  (August, 1997): 14-15.

Superior Research Award for Junior Faculty, College of Social and Behavioral Science, University of Utah, 1989.


### ADMINISTRATIVE INITIATIVES

As co-Director of Sustainability Curriculum Development at the University of Utah:

Created, with my co-directors, the Undergraduate Certificate in Sustainability

Created, with my co-directors, the Graduate Certificate in Sustainability


As Director of the Environmental and Sustainability Studies Program:

Created a new Environmental and Sustainability Studies Minor

Directed the administration of an extensive program assessment and evaluation

Redesigned the Introductory course, ENVST 2100, required of all majors

Designed a new introductory field course, ENVST 2000, now required of all majors

Initiated the first Study Abroad program (Costa Rica) for Environmental and Sustainability Studies

Developed a new teaching curriculum, the Red Rock Institute, which explores environmental issues in the West.

Led the development of five new courses that focus on:  sustainability science, environmental justice, global sustainability, leadership, and a senior capstone course


As Director of the American West Center:

Organized the 2006 Siciliano Forum.  Topic: The Reauthorization of the Voting Rights Act

Negotiated numerous contracts for studies of Indian hunting and fishing rights and tribal archives.

Organized an annual conference called "Women at War," that featured female veterans.

Initiated a new oral history project of Utah's veterans, "Saving the Legacy," with over 500 interviews completed.

Wrote a successful NEH grant application to digitize the entire oral history collection of the Center—approximately 3,000 tapes.

As Associate Dean:

Initiated the effort that led to the establishment of the American Indian Resource Center on campus.

Created a new College grants program, the Proposal Initiative Grant, to help generate externally funded grants for College faculty.

Implemented a computerized search process to help College faculty find potential sources of external funding.

Created a Faculty Research Compendium that identified the major research activities of college faculty.

As Director of Public Administration Education:

Executive MPA: designed a new MPA program for middle- and upper-level administrators.

Public Administration Workshop for the Ute Indian Tribe: designed and implemented an annual intensive-session workshop for Ute tribal administrators.

Conference for Minority Public Administrators: designed and implemented Salt Lake City's first conference for minorities in the public sector work force.

COMMUNITY SERVICE AND CONSULTING

Member, Governor's Water Strategy Advisory Team, 2014-15.

Advisory Board, National Parks Conservation Association, Southwest Regional Office, 2009-present.

Co-author, *amicus* brief, in *Northwest Austin Municipal Utility District Number One v. Holder*, U. S. Supreme Court, No. 08-322, 2009.

Volunteer Tutor, Guadelupe Schools, 2007-2009.

Advisor, Rocky Mountain American Indian Economic and Education Foundation, 2003-2006.

Member, National Council of Scholars, Presidents Park, Williamsburg, VA. 2002-2004.

Consultant, National Oceanic and Atmospheric Administration, research project investigating the use of long-range weather data in water management planning for water conservancy districts and Indian reservations, 1999-2002.

Participating author and consultant, contract to facilitate meetings and research a proposal to divide San Juan County, UT.  Final Report titled: "San Juan County Division Study," Prepared by the Center for Public Policy and Administration, University of Utah, 1997.

Member, Board of Directors, the Indian Walk-In Center, Salt Lake City, Utah, 1994 - 2000.

Advisory Committee for the American Indian Resource Center, University of Utah, 1990 -2000.