1  \*
BRENT L. RYMAN, ESQ. (#008648)
2  CHARITY F. FELTS, ESQ. (#010581)
ERICKSON, THORPE & SWAINSTON, LTD.
3  99 West Arroyo Street
P.O. Box 3559
4  Reno, Nevada 89505
Telephone: (775) 786-3930
5  *Attorneys for Mineral County Defendants*

10             IN THE UNITED STATES DISTRICT COURT

11                  FOR THE DISTRICT OF NEVADA

14  BOBBY D. SANCHEZ, VINTON HAWLEY, JOHNNY WILLIAMS, JR., ROBERT JAMES, AND RALPH BURNS,

Case No.: 3:16-cv-00523-MMD-VPC

**NOTICE OF PROPOSED SETTLEMENT AND REQUEST FOR STAY PENDING APPROVAL BY INVOLVED PUBLIC ENTITIES**

            Plaintiffs,

v.

BARBARA K. CEGAVSKE, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE FOR THE STATE OF NEVADA, *et al.*,

            Defendants.
_____/

23      COMES NOW, Defendants, COUNTY OF MINERAL, a political subdivision of the State of Nevada, along with its Board of Commissioners, NANCY BLACK, PAUL MacBETH and JERRY TIPTON, and its Clerk-Treasurer CHRISTOPHER NEPPER, in their official capacities (hereinafter the "Mineral County Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., BRENT L. RYMAN, ESQ., and CHARITY F. FELTS, ESQ., and provides notice that counsel for the

parties have reached agreement on a proposed resolution of the instant action that will, if formally approved by the involved public entities, result in a stipulated dismissal with prejudice of Plaintiffs' claims. The terms of the settlement have been approved in principle by Plaintiffs. Since Defendants are public entities, however, the settlement remains contingent upon their formal approval. Counsel for Defendants has agreed to prepare a settlement agreement and release of all claims to be reviewed and approved by counsel and presented to the involved public entities in accordance with Nevada's Open Meeting Law as stated in NRS Chapter 241. The parties request that the Court stay this matter and hold all pending deadlines in abeyance for the period necessary to seek and obtain such approval. Undersigned counsel for the Mineral County Defendants respectfully requests a period of one month, or until January 9, 2017, to complete that process and will submit a status report when formal approval is achieved.

DATED this 9th day of December, 2016.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
CHARITY F. FELTS, ESQ. (#010581)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for the Mineral County Defendants*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐ U.S. Mail
☐ Facsimile Transmission
☐ Personal Service
☐ Messenger Service
X CMECF

addressed to the following:

Rendal B. Miller, Esq.
Miller Law, Inc.
115 West Fifth Street, Box 7
Winnemucca, Nevada 89445
*Attorneys for Plaintiffs*

Adam Paul Laxalt, Esq.
Attorney General
Lori M. Story, Esq.
Senior Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701
*Attorneys for Defendant, Secretary of State*

Christopher J. Hicks, Esq.
Washoe County District Attorney
Michael W. Large, Esq.
Washoe County Deputy District Attorney
P.O. Box 11130
Reno, Nevada 89520
*Attorneys for Washoe County Defendants*

DATED this 9th day of December, 2016.

/s/ Brent Ryman
Brent Ryman


ERICKSON, THORPE & SWAINSTON, LTD.