\*
BRENT L. RYMAN, ESQ. (#008648)
CHARITY F. FELTS, ESQ. (#010581)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Mineral County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY D. SANCHEZ, VINTON HAWLEY, JOHNNY WILLIAMS, JR., ROBERT JAMES, AND RALPH BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA K. CEGAVSKE, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE FOR THE STATE OF NEVADA, *et al.*,<br><br>Defendants.<br>_____/ | Case No.: 3:16-cv-00523-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, the parties, by and through their undersigned Attorneys of Record, and hereby stipulate that this matter may be dismissed with prejudice, with all parties to bear their own court costs and attorney's fees, if any.

///

///

///



1

1  DATED this 5th day of January, 2017.

2                                      MILLER LAW, INC.

                                    /s/ Rendal Miller
                                    RENDAL B. MILLER, ESQ. (#012257)
                                    115 West Fifth Street, Box 7
                                    Winnemucca, Nevada 89445
                                    Telephone (775) 623-5000
                                    *Attorneys for Plaintiffs*

///

DATED this 5th day of January, 2017.

                                    ERICKSON, THORPE & SWAINSTON, LTD.

                                    /s/ Brent Ryman
                                    BRENT L. RYMAN, ESQ. (#008648)
                                    CHARITY F. FELTS, ESQ. (#010581)
                                    ERICKSON, THORPE & SWAINSTON, LTD.
                                    99 West Arroyo Street
                                    P.O. Box 3559
                                    Reno, Nevada 89505
                                    Telephone: (775) 786-3930
                                    *Attorneys for the Mineral County Defendants*

///

DATED this 5th day of January, 2017.

                                    /s/ Lori Story
                                    ADAM PAUL LAXALT, ESQ.
                                    Attorney General
                                    LORI M. STORY, ESQ. (#006835)
                                    Senior Deputy Attorney General
                                    100 North Carson Street
                                    Carson City, Nevada 89701
                                    Telephone: (775) 684-1114
                                    *Attorneys for Defendant, Secretary of State*

///

///

///

ERICKSON, THORPE &
SWAINSTON, LTD.

DATED this 5th day of January, 2017.

CHRISTOPHER J. HICKS, District Attorney

/s/ Michael Large
MICHAEL W. LARGE, ESQ.
Deputy District Attorney
P.O. Box 11130
Reno, Nevada 89520-0027
Telephone: (775) 337-5700
*Attorneys for Washoe County Defendants*

///

///

**ORDER**

Upon good cause appearing,

IT IS SO ORDERED.

DATED this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

ERICKSON, THORPE & SWAINSTON, LTD.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐   U.S. Mail
☐   Facsimile Transmission
☐   Personal Service
☐   Messenger Service
X   CMECF

addressed to the following:

Rendal B. Miller, Esq.
Miller Law, Inc.
115 West Fifth Street, Box 7
Winnemucca, Nevada 89445
*Attorneys for Plaintiffs*

Adam Paul Laxalt, Esq.
Attorney General
Lori M. Story, Esq.
Senior Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701
*Attorneys for Defendant, Secretary of State*

Christopher J. Hicks, Esq.
Washoe County District Attorney
Michael W. Large, Esq.
Washoe County Deputy District Attorney
P.O. Box 11130
Reno, Nevada 89520
*Attorneys for Washoe County Defendants*

DATED this 5th day of January, 2017.

                                              /s/ Brent Ryman
                                       Brent Ryman



ERICKSON, THORPE & SWAINSTON, LTD.