*
BRENT L. RYMAN, ESQ. (#008648)
CHARITY F. FELTS, ESQ. (#010581)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Mineral County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY D. SANCHEZ, VINTON HAWLEY, JOHNNY WILLIAMS, JR., ROBERT JAMES, AND RALPH BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA K. CEGAVSKE, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE FOR THE STATE OF NEVADA, *et al.*,<br><br>Defendants.<br>_____ / | Case No.: 3:16-cv-00523-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, the parties, by and through their undersigned Attorneys of Record, and hereby stipulate that this matter may be dismissed with prejudice, with all parties to bear their own court costs and attorney's fees, if any.

///

///

///

ERICKSON, THORPE & SWAINSTON, LTD.

1

Case 3:16-cv-00523-MMD-VPC   Document 82   Filed 01/06/17   Page 2 of 3

DATED this 5th day of January, 2017.

                                    MILLER LAW, INC.

                                    /s/ Rendal Miller
                                  RENDAL B. MILLER, ESQ. (#012257)
                                  115 West Fifth Street, Box 7
                                  Winnemucca, Nevada 89445
                                  Telephone (775) 623-5000
                                  *Attorneys for Plaintiffs*

DATED this 5th day of January, 2017.

                                    ERICKSON, THORPE & SWAINSTON, LTD.

                                    /s/ Brent Ryman
                                  BRENT L. RYMAN, ESQ. (#008648)
                                  CHARITY F. FELTS, ESQ. (#010581)
                                  ERICKSON, THORPE & SWAINSTON, LTD.
                                  99 West Arroyo Street
                                  P.O. Box 3559
                                  Reno, Nevada 89505
                                  Telephone: (775) 786-3930
                                  *Attorneys for the Mineral County Defendants*

DATED this 5th day of January, 2017.

                                    /s/ Lori Story
                                  ADAM PAUL LAXALT, ESQ.
                                  Attorney General
                                  LORI M. STORY, ESQ. (#006835)
                                  Senior Deputy Attorney General
                                  100 North Carson Street
                                  Carson City, Nevada 89701
                                  Telephone: (775) 684-1114
                                  *Attorneys for Defendant, Secretary of State*

///

///

///

2

DATED this 5th day of January, 2017.

                              CHRISTOPHER J. HICKS, District Attorney

                              /s/ Michael Large
                            MICHAEL W. LARGE, ESQ.
Deputy District Attorney
P.O. Box 11130
Reno, Nevada 89520-0027
Telephone: (775) 337-5700
*Attorneys for Washoe County Defendants*

## ORDER

Upon good cause appearing,

IT IS SO ORDERED.

DATED THIS 6th day of January 2017.

                            MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

ERICKSON, THORPE & SWAINSTON, LTD.

3